IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-08-281M |
| | § | |
| PETER RENDON | § | |

## ORDER OF DETENTION PENDING TRIAL

On April 23, 2008, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Defendant has been charged with transporting aliens in violation of 8 U.S.C. § 1324. The following requires detention of defendant pending trial in this case:

(1) There is not any condition or combination of conditions that will reasonably assure the appearance of the defendant and the safety of the community as required.

The evidence against defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report and the testimony by Special Agent Stephen Guillot are adopted.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

    ORDERED this 23rd day of April 2008.

                                                          _____
                                                          BRIAN L. OWSLEY
                                                          UNITED STATES MAGISTRATE JUDGE